# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVVIER, L.P., a California limited partnership, WILLIAM SUITER, an individual, NEWMAC INTERNATIONAL, INC., A New York corporation,<br><br>                 Plaintiffs,<br>      v.<br><br>E&B EXERCISE LLC doing business as SPORTS & LEISURE TECHNOLOGY, a Delaware limited liability company; E&B GIFTWARE LLC doing business as SPORTS & LEISURE TECHNOLOGY, a Delaware limited liability company; DOES 1-10, inclusive,<br><br>                 Defendants. | Case No.  05 CV 0975 BTM(CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

On or about July 31, 2007, Plaintiffs and Defendants filed a joint motion for dismissal of this action without prejudice.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Good cause appearing, **IT IS HEREBY ORDERED** that this entire action is dismissed without prejudice. **IT IS FURTHER ORDERED** that each party bear his, her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 3, 2007

Hon. Barry Ted Moskowitz
United States District Court Judge

2

## DECLARATION OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and am not a party to the within action; my business address is 1221 Second Street, Third Floor, Santa Monica, California, 90401.

On July 31, 2007, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope as follows:

Judi M. Sanzo, Esq.
3755 Avocado Boulevard, #521
La Mesa, California  91941-7301
E-Mail: judi@sanzolaw.com

Gerard F. Dunne, Esq.
Law Offices of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY  10010-2007
E-Mail: gfdunne@covad.net

[X]    **(BY MAIL)**  I deposited such envelope in the mail at Santa Monica, California.  The envelope was mailed with postage fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, the documents described above would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

[x]    **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2007, at Santa Monica, California.

_____
Roxana Lonergan

3